SHARI RUSK, Bar #170313
ATTORNEY AT LAW
1710 BROADWAY, SUITE 111
Sacramento, California 95818
Telephone: (916) 804-8656

Attorney for Defendant
Franklin McKesson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR. S.09-0148 GEB |
|---|---|
| Plaintiff, | ) |
| | ) **Stipulation to Continue Status** |
| v. | ) **Conference & Proposed Order** |
| | ) |
| FRANKLIN MCKESSON, | ) Date: September 23, 2011 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Court: Hon. Garland E. Burrell, |
| | ) Jr. |

Defendant, Franklin McKesson, by and through his undersigned counsel and the United States, by and through Assistant United States Attorney Kyle Reardon, hereby agree and stipulate that the trial confirmation hearing previously scheduled for August 26, 2011 should be re-set for a status conference on September 23, 2011, and that date is available with the Court. The parties request that the previously set trial date of September 20, 2011 be vacated.

The parties agree that the defendant should undergo a psychiatric examination which will likely determine any resolution of this matter. The parties will be prepared to set trial dates after the evaluation is complete. The parties further agree that a status conference should be scheduled for September 23, 2011 and that time should be

excluded for preparation of counsel under 18 U.S.C. § 3161(H)(8)(b)and under § 3161 (h)(1)(D) and pursuant to local code T4.

Respectfully submitted,

Dated: August 22, 2011
/s/ Shari Rusk
Shari Rusk
Attorney for Defendant
Franklin McKesson

Dated: August 22, 2011
/s/ Kyle Reardon
Kyle Reardon
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: September 1, 2011

GARLAND E. BURRELL, JR.
United States District Judge