SHARI RUSK, Bar #170313
ATTORNEY AT LAW
1710 BROADWAY, SUITE 111
Sacramento, California 95818
Telephone: (916) 804-8656

Attorney for Defendant
Franklin McKesson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR. S.09-0148 GEB |
| Plaintiff, | ) |
| | ) **Stipulation to Continue Status** |
| v. | ) **Conference & Proposed Order** |
| | ) |
| FRANKLIN MCKESSON, | ) Date: February 24, 2012 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Court: Hon. Garland E. Burrell, Jr. |
| _____ | ) |

Defendant, Franklin McKesson, by and through his undersigned counsel and the United States, by and through Assistant United States Attorney Kyle Reardon, hereby agree and stipulate that the status conference previously scheduled for January 6, 2012 should be re-set for a status conference on February 24, 2012 and that date is available with the Court.

The parties agreed that the defendant should undergo a psychiatric examination which will likely determine any resolution of this matter. The defendant has completed an initial interview and psychiatric examination. The expert will conduct a further in-depth interview with the defendant, prior to preparing a report. To allow time for the evaluation to be completed, the parties agree that a

status conference should be scheduled for February 24, 2012 and that time should be excluded for preparation of counsel under 18 U.S.C. § 3161(H)(8)(b) and under § 3161(h)(1)(D) and pursuant to local code T4.

Respectfully submitted,

Dated: January 3, 2012

/s/ Shari Rusk
Shari Rusk
Attorney for Defendant
Franklin McKesson

Dated: January 3, 2012

/s/ Kyle Reardon
Kyle Reardon
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: January 3, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

2