BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:09-CR-0148 GEB |
| Plaintiff, | |
| v. | **MOTION TO DISMISS INDICTMENT** |
| | **AND [PROPOSED] ORDER DISMISSING** |
| FRANKLYN MCKESSON, | **INDICTMENT** |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, Plaintiff, United States of America, by and through its undersigned attorney, hereby files this motion and proposed order dismissing the indictment against the defendant in the above-captioned matter.

DATED: February 22, 2012        By: Respectfully submitted,

                                BENJAMIN B. WAGNER
                                United States Attorney

                                */s/ Kyle Reardon*
                                KYLE REARDON
                                Assistant United States Attorney

**O R D E R**

APPROVED AND SO ORDERED.

Date: 2/23/2012

_____
GARLAND E. BURRELL, JR.
United States District Judge